**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

Frances Landers and Kenneth D. Landers, her husband,

**Plaintiff(s),**

**v.**

Davol Inc. & C.R. Bard, Inc.,

**Defendant(s)/**
**Third-Party Plaintiff(s),**

**v.**

,

**Third-Party Defendant(s).**

**Civil Action No.** 2:08CV0059

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Davol Inc. & C.R. Bard (type of party), who is Defendants (name of party), makes the following disclosure:

1. Is the party a non-governmental corporate party?

☑ YES ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

No parent corporation

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

No publically-held corporation that owns more than 10% of its stock. Davol, Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Larry W. Blalock
Signature of Counsel for Party

Date: 1/29/08