**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| FRANCES LANDERS and<br>KENNETH D. LANDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVOL INC., a subsidiary of C.R. BARD, INC., and HERBERT J. THOMAS MEMORIAL HOSPITAL ASSOCIATION,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:08-cv-00059 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February, 2008, a copy of the foregoing CROSS-NOTICE OF DEPOSITION OF CERTAIN CORPORATE REPRESENTATIVES OF DEFENDANT DAVOL, INC. was had via first class United States mail, postage prepaid as follows:

Albert F. Good, Esq.
100 Capitol Street, Suite 905
Charleston, WV 25301

George A. Daugherty
Daugherty Law Offices
22 Reynolds Avenue
Elkview, WV 25071

Thomas J. Hurney, Esq.
Jackson Kelly PLLC
PO Box 553
Charleston, WV 25322

/s/_Larry W. Blalock_______