UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| FRANCES LANDERS and KENNETH D. LANDERS, | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 2:08-cv-00059 |
| vs. | § | |
| DAVOL INC., a subsidiary of C.R. BARD, INC., and HERBERT J. THOMAS MEMORIAL HOSPITAL ASSOCIATION, | § | |
| Defendants. | § | |

**AMENDED CROSS-NOTICE OF DEPOSITION OF CERTAIN CORPORATE REPRESENTATIVES OF DEFENDANT DAVOL INC.**

TO: Albert F. Good, Esq.
100 Capitol Street, Suite 905
Charleston, WV 25301

George A. Daugherty
Daugherty Law Offices
22 Reynolds Avenue
Elkview, WV 25071

Thomas J. Hurney, Esq.
Jackson Kelly PLLC
PO Box 553
Charleston, WV 25322

Please take notice that, in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Rule 30(b)(6) of the Rhode Island Superior Court Rules of Civil Procedure, and any applicable rules in those jurisdictions where this Notice has been or will be served, the depositions upon oral examination of certain corporate representatives of Defendant Davol Inc. will be taken on the **March 12, 2008**. Each deposition will commence at 9:00 am at the law offices of Morrison Mahoney, LLP, 10 Weybosset Street, Suite 900, Providence, RI 02903,

before a court reporter duly authorized to administer oaths. The deposition(s) will be videotaped, and they will continue from day to day until completion.

The subject matter to be addressed by the deponents is set forth in the Notice of 30(B)(6) Videotape Deposition attached hereto as Exhibit A.

Similar cross-notices are being served and/or filed in all pending cases involving the Composix® Kugel® Patch, inviting all interested parties to attend, in order to avoid duplication of effort and needless expense. All parties should be advised that Defendant Davol Inc., with this Cross-Notice, expects to present corporate witnesses for deposition on the above-referenced topics on this one occasion. Consequently, these depositions may be used in place of future depositions of the same (or similar) witnesses on the same (or similar) topics. Furthermore, these depositions may be used at trial, or upon the hearing of a motion or an interlocutory proceeding, against any party present or represented at the deposition, or against any party who had reasonable notice thereof, consistent with Rule 32 of the Federal Rules of Civil Procedure, Rule 32 of the Rhode Island Superior Court Rules of Civil Procedure, or any other applicable procedural or evidentiary rules.

So that adequate space can be arranged, please advise as far in advance as possible if you will participate to David Thomas at Spriggs & Hollingsworth, 1350 I Street NW, Washington DC 20005, dthomas@spriggs.com, (202) 898-5861. For counsel who are unable to attend the depositions in person, a telephone conference call connection to the deposition will be made available at Defendants' expense. The call-in number and passcode will be provided upon request by David Thomas. All parties are hereby notified that any counsel desiring to participate by telephone should "mute" his/her telephone so as not to disrupt the deposition for those attending in person. Counsel participating by telephone are further notified that, if attendance by

telephone conference disrupts the live proceedings or otherwise impedes the depositions, the telephonic connection may be terminated so that the depositions can proceed in an orderly fashion.

Dated: March 3, 2008

Respectfully submitted,

JACKSON KELLY PLLC

BY: /s/ Larry W. Blalock

Larry W. Blalock (#366)
JACKSON KELLY PLLC
1144 Market Street
Wheeling, West Virginia 26003
Tel: (304) 233-4000
Fax: (304) 233-4077
lblalock@jacksonkelly.com

Of Counsel:
Joe G. Hollingsworth
Kirby T. Griffis
Michael L. Junk
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639
jhollingsworth@spriggs.com
kgriffis@spriggs.com
mjunk@spriggs.com