CLOSED

# United States District Court
# Southern District of West Virginia (Charleston)
# CIVIL DOCKET FOR CASE #: 2:08−cv−00059

Landers et al v. Davol, Inc. et al
Assigned to: Judge Joseph R. Goodwin
Case in other court: Kanawha County Circuit, 07−C−2723
Cause: 28:1332 Diversity−Product Liability

Date Filed: 01/25/2008
Date Terminated: 03/10/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Frances Landers**
*and*

represented by **Albert F. Good**
Suite 808
100 Capitol Street
Charleston, WV 25301
304/343−5531
Fax: 304/343−5533
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George A. Daugherty**
DAUGHERTY LAW OFFICES
22 Reynolds Avenue
Elkview, WV 25071
304/965−3554
Fax: 965−0980
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth D. Landers**
*her husband*

represented by **Albert F. Good**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George A. Daugherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a subsidiary of*

represented by **Joe G. Hollingsworth**
SPRIGGS &HOLLINGSWORTH
1350 I Street, NW
Washington, DC 20005
202/898−5800
Fax: 202/682−1639
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
SPRIGGS &HOLLINGSWORTH
1350 I Street, NW
Washington, DC 20005
202/898−5800
Fax: 202/682−1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry W. Blalock**
JACKSON KELLY
P. O. Box 871
Wheeling, WV 26003
304/233−4000
Fax: 304/233−4077
Email: lblalock@jacksonkelly.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
SPRIGGS &HOLLINGSWORTH
1350 I Street, NW
Washington, DC 20005
202/898−5800
Fax: 202/682−1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**C.R. Bard, Inc.**
*and*

represented by **Joe G. Hollingsworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry W. Blalock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Herbert J. Thomas Memorial Hospital**

represented by **Jennifer M. Mankins**

**Association**

JACKSON KELLY
P. O. Box 553
Charleston, WV 25322−0553
304/340−1000
Fax: 304/340−1050
Email: jmankins@jacksonkelly.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Hurney, Jr.**
JACKSON KELLY
P. O. Box 553
Charleston, WV 25322−0553
304/340−1000
Fax: 304/340−1050
Email: thurney@jacksonkelly.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2008 | " 1 | NOTICE OF REMOVAL by C.R. Bard, Inc., Davol, Inc. with summons, complaint, certified copy of docket sheet and miscellaneous documents from Circuit Court of Kanawha County. Filing Fee $350.00. Receipt #04250000000000658008. (Attachments: # 1 Exhibit(s) A through D, # 2 Civil Cover Sheet) (taq) |
| 01/25/2008 | " | CASE assigned to Judge Joseph R. Goodwin. (ras) |
| 01/25/2008 | " 2 | MOTION by Herbert J. Thomas Memorial Hospital Association to Dismiss plaintiffs' complaint, with Exhibit 1 attached. (originally filed in Circuit Court of Kanawha County on 1/24/08) (taq) (Modified for clarity on 1/28/2008) (skh). |
| 01/25/2008 | " 3 | MEMORANDUM by Herbert J. Thomas Memorial Hospital Association in support of 2 MOTION to Dismiss. (originally filed in the Circuit Court of Kanawha County on 1/24/2008) (taq) (Modified for clarity on 1/28/2008) (skh). |
| 01/25/2008 | " 4 | STANDING ORDER IN RE: ASSIGNMENT AND REFERRAL OF CIVIL ACTIONS AND MATTERS TO MAGISTRATE JUDGES ENTERED AUGUST 1, 2006. This matter referred to Magistrate Judge Stanley for discovery. (cc:attys; any unrepresented party) (taq) |
| 01/29/2008 | " 5 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendants C.R. Bard, Inc., Davol, Inc. (Blalock, Larry) |
| 02/01/2008 | " 6 | ANSWER TO COMPLAINT with Jury Demand by C.R. Bard, Inc., Davol, Inc..(Blalock, Larry) |
| 02/04/2008 | " 7 | ORDER AND NOTICE: Rule 12(b) Motions 3/4/2008. Rule 26(f) Meeting 3/31/2008. Last day to file report of Rule 26(f) Meeting 4/7/2008. Scheduling Conference at 10:30 AM on 4/21/2008 in Charleston before the United States Magistrate Judge Mary E. Stanley. Entry of Scheduling Order 5/5/2008. Last Day to make Rule 26(a)(1) disclosures 5/9/2008 Signed by Judge Joseph R. Goodwin on 2/4/2008. (cc:attys; any unrepresented parties) (taq) |
| 02/11/2008 | " 8 | CERTIFICATE OF SERVICE filed by C.R. Bard, Inc., Davol, Inc. for Cross−Notice of Deposition of Certain Corporate Representatives of Defendant Davol, Inc. (Blalock, |

| | | |
|---|---|---|
| | | Larry) |
| 02/25/2008 | " 9 | MAIL RETURNED AS UNDELIVERABLE. 7 Mail sent to Albert F. Good at P.O. Box 2106, Charleston, WV 25328−2106. Mail resent to Albert F. Good at 100 Capitol Street, Suite 808, Charleston, WV 25301. (mkw) |
| 03/03/2008 | " 10 | INCORRECT ENTRY; SEE ENTRY #11. (Blalock, Larry) (Modified on 3/5/2008 to remove image, counsel filed complete document at entry #11) (skh). |
| 03/04/2008 | " 11 | AMENDED CROSS−NOTICE TO TAKE DEPOSITION by C.R. Bard, Inc., Davol, Inc. of Certain Corporate Representatives of Defendant Davol, Inc. on March 12, 2008 at 9:00 a.m. (Attachments: # 1 Exhibit(s) A)(Blalock, Larry) (Modified title of entry to conform to filed document on 3/5/2008) (skh). |
| 03/05/2008 | " | NOTICE OF DOCKET CORRECTION re: 10 NOTICE TO TAKE DEPOSITION by C.R. Bard, Inc., Davol, Inc. of Certain Corporate Reps of Defendant Davol, Inc. Error: Incomplete document attached. Correction: Removed image, counsel filed complete document at entry #11. (skh) |
| 03/06/2008 | " 12 | LETTER to Clerk, USDC for the District of Rhode Island, from Clerk, Judicial Panel on Multidistrict Litigation dated 3/3/2008, re: transmitting copy of Conditional Transfer Order and advising that the 15−day period to oppose the transfer has now elapsed. (taq) |
| 03/10/2008 | " 13 | CONDITIONAL TRANSFER ORDER (CTO−15) Transferring this action to the District of Rhode Island for coordinated or consolidated pretrial proceedings in MDL 1842 In re: Kugel Mesh Hernia Patch Products. Signed by MDL Judge on 3/10/08. (cc: attys; any unrepresented party) (ras) |